THOMAS J. SMITH, Respondent, *v.* RICHARD E. WELDON et al., Appellants.

(Argued October 22, 1931; decided November 17, 1931.)

*William J. Morris, Stephen Callaghan, Charles S. Colden, Richard E. Weldon* and *George Kent Weldon* for appellants.

*Cecil B. Ruskay* and *Harry B. Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.